[Dntcdfnc] [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:15–bk–01852–CCJ
                                                                                        Chapter 7
Danny Goodman Jr.
aka Daniel Goodman Jr.
aka Daniel J. Goodman Jr.



_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On March 4, 2015 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   The debtor's attorney failed to upload creditors during the filing process. The Notice of Commencement of Case will exclude the creditors, and therefore, their debts may not be dischargeable. Creditors shall be uploaded within 3 days of receipt of this notice. The debtor's attorney is also directed to serve a copy of the Notice of Commencement of Case that contains the full social security number of the Debtor upon all creditors and file proof of service of the notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.

   The Debtor shall pay unpaid filing fees in the amount of N/A within 7 days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  |  |
|---|---|
| Dated: March 5, 2015 | FOR THE COURT |
|  | Lee Ann Bennett , Clerk of Court |
|  | George C. Young Federal Courthouse |
|  | 400 West Washington Street |
|  | Suite 5100 |
|  | Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.