```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                          Case No. 15-01852-CCJ
Danny Goodman, Jr.                                              Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: lscott              Page 1 of 1            Date Rcvd: Apr 27, 2015
                              Form ID: 6nhrga           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2015.
db         +Danny Goodman, Jr.,    2616 Reagan Trail,   Lake Mary, FL 32746-1811
cr         +CSC Logic,   P.O. Box 1518,   Coppell, TX 75019-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2015 at the address(es) listed below:
              Marie E.  Henkel    mehenkel@yahoo.com, mhenkel@ecf.epiqsystems.com
              Michael A Nardella    on behalf of Debtor Danny  Goodman, Jr. michael.nardella@burr.com,
               jlindval@burr.com,ahutchinson@burr.com;jmorgan@burr.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3

**[6nhrga]** [NOTICE OF HEARING ON REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:15−bk−01852−CCJ
Chapter 7

Danny Goodman Jr.
aka Daniel Goodman Jr.
aka Daniel J. Goodman Jr.
2616 Reagan Trail
Lake Mary, FL 32746

_____Debtor(s)_____/

NOTICE OF NONEVIDENTIARY HEARING ON REAFFIRMATION AGREEMENT

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held on August 19, 2015 at 11:00 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the court:

   Reaffirmation Agreement Between Debtor and CSC Logic along with the related Reaffirmation Agreement Explanation (if filed). The debtor is directed to attend the reaffirmation hearing.

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on April 27, 2015 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801