**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

DANNY  GOODMAN JR                                    CASE NO.      6:15-bk-01852-CCJ
*AKA* DANIEL GOODMAN JR
*AKA* DANIEL J GOODMAN JR                       CHAPTER      7

      Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Buckley Madole, P.C., counsel for Specialized Loan Servicing LLC as servicing agent for

U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust

2005-HE3, enters their notice of appearance, in accordance with Rule 2002 of the Federal Rules

of Bankruptcy Procedure, as to the following property and loan:

- Property Address: 927 Strider Drive, Henderson, Nevada 89015
- Loan Number (Last Four): xxxxxx8735

Dated: June 2, 2015

                              **BUCKLEY MADOLE, P.C.**

                              */s/ Austin M. Noel*
                              Austin M. Noel, Esquire
                              Florida Bar Number 106539
                              Buckley Madole, P.C.
                              P.O. Box 22408
                              Tampa, FL 33622
                              Telephone/Fax: 813-774-6221
                              bkfl@buckleymadole.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and

regular mail to the parties below this 2nd day of June, 2015.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Danny  Goodman Jr
2616 Reagan Trail
Lake Mary, Florida 32746

**VIA CM/ECF NOTICE**
Michael A Nardella
Burr & Forman, LLP
200 S Orange Avenue
Suite 800
Orlando, Florida 32801

**Chapter 7 Trustee**
Marie E. Henkel
3560 South Magnolia Avenue
Orlando, FL 32806