UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:15-bk-01852-CCJ
CHAPTER 7

IN RE:
Danny Goodman, Jr. aka Daniel
Goodman, Jr. aka Daniel J.
Goodman, Jr.,
    Debtor
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America.", its Successors and/or Assigns, a secured creditor of the above styled Debtor.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this 1st day of July, 2015.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

_____
**Marc G. Granger, Esq.**
FBN: 146870
Phone: (954) 382-3486
**Taji Foreman, Esq.**
FBN: 58606
Phone: (954) 356-1738

File No.: 15-02843 SET
V1.20140101

## Mailing List

Danny Goodman, Jr.
2616 Reagan Trail
Lake Mary, Florida 32746

Burr & Forman, LLP
Michael A Nardella, Esq.
Attorney for Debtor
200 S. Orange Avenue, Ste. 800
Orlando Florida 32801

Marie E. Henkel, Trustee
3560 S. Magnolia Avenue
Orlando, Florida 32806

United States Trustee
United States Trustee – ORL 13/7
400 West Washington Street, Suite 1100
Orlando, FL 32801

File No.: 15-02843 SET
V1.20140101