UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re :                                                                 Case No. **6:15-01852-CCJ**
                                                                               Chapter 7
**Danny Goodman, Jr.**
                              Debtor(s).
_____/

MOTION FOR ORDER ALLOWING CLAIMS NO. 2 & NO. 4, AS
SECURED CLAIMS AND DETERMINING RIGHT TO DISTRIBUTION

    Trustee Marie E. Henkel, moves for entry of an Order allowing the following claims as secured claims :

    Claim No. 2, of Seminole County Tax Collector, Attn. Ray Valdes, c/o Dana Murphy, Bankruptcy Representative, P O Box 630, Sanford, FL 32772-0630, filed as a secured claim in connection with account number 0320305PJ00001260 (Claim No. 2).

    Claim No. 4, of SunTrust Mortgage, Inc., c/o Giovania Algaba, Bankruptcy Support Specialist, Bankruptcy Department RVW 3034, P O Box 27767, Richmond, VA 23261, and at Payment Processing, RVW 3100, 1001 Semmes Ave., Richmond, VA 23224, filed as a secured claim in connection with account number 1413 (Claim No. 4).

    Claimants did not obtain a determination of secured status pursuant to the provisions of Section 506 of the Bankruptcy Code.  In addition, Trustee did not liquidate the collateral securing said claims, or if Trustee did sell the Debtor's interest in any such collateral, that sale was subject to all liens and encumbrances, including Claimants' liens, if any.

    Trustee therefore moves the Court to enter an Order allowing Claims No. 2 and No. 4, as secured claims and determining that the claims are not entitled to distribution.

    Dated July 5, 2015.

                                                        /s/ Marie E. Henkel
                                                        Marie E. Henkel, Trustee
                                                        Florida Bar No. 260320
                                                        3560 South Magnolia Avenue
                                                        Orlando, Florida 32806
                                                        Telephone : (407) 438-6738

Facsimile  : (407) 858-9466

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Motion has been furnished by United States Mail or electronic delivery to : Danny Goodman, Jr., 2616 Reagan Trl, Lake Mary, FL 32746 ,   *(Debtor(s))*; Michael A Nardella, Esq.,  Burr & Forman, LLP, 200 S. Orange Ave, Ste 800, Orlando, FL 32801 *Debtor(s)' Attorney*; Seminole County Tax Collector, Attn. Ray Valdes, c/o Dana Murphy, Bankruptcy Representative, P O Box 630, Sanford, FL 32772-0630 (*Claimant No. 2*);  SunTrust Mortgage, Inc., c/o Giovania Algaba, Bankruptcy Support Specialist, Bankruptcy Department RVW 3034, P O Box 27767, Richmond, VA 23261, and at Payment Processing, RVW 3100, 1001 Semmes Ave., Richmond, VA 23224 (*Claimant No. 4);* & to the Office of the U.S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801 on July 5, 2015.

      /s/ Marie E. Henkel
Marie E. Henkel, Chapter 7 Trustee
3560 S. Magnolia Ave.
Orlando, FL 32806
Telephone : (407) 438-6738
Facsimile   : (407) 858-9466